# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Robin Adkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10044-DRH-PMF |
| *Lauren Baker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10107-DRH-PMF |
| *Niketa Bazemore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10075-DRH-PMF |
| *Sara Brosch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10151-DRH-PMF |
| *Kelly Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10099-DRH-PMF |
| *Lisa Chrusch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10051-DRH-PMF |
| *Hannah Cottman v. Bayer HealthCare Pharmaceuticals Inc., et al.*[1] | No. 3:09-cv-10172-DRH-PMF |
| *Tammy Cypert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13340-DRH-PMF |
| *Kelly Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12184-DRH-PMF |

---

[1] Plaintiff a/k/a Hannah Cottman Conner.

| | |
|---|---|
| *Erika Lawrence v. Bayer HealthCare Pharmaceuticals Inc., et al.*[2] | No. 3:09-cv-10177-DRH-PMF |
| *Jessica Fever v. Bayer HealthCare Pharmaceuticals Inc., et al.*[3] | No. 3:09-cv-10158-DRH-PMF |
| *Timathi Fitzpatrick v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10180-DRH-PMF |
| *Alice Glassen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12195-DRH-PMF |
| *Judy Gonzales v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10175-DRH-PMF |
| *Ann Harrington v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10092-DRH-PMF |
| *Michelle Heimes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10150-DRH-PMF |
| *Margarita Johns v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10164-DRH-PMF |
| *Susie Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12176-DRH-PMF |
| *Angela Kadlec v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10062-DRH-PMF |
| *Susan Kerr v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10097-DRH-PMF |
| *Tara Longo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10090-DRH-PMF |
| *Anna Marie Lorenz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-20043-DRH-PMF |
| *Lisa Maines v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10043-DRH-PMF |

---

[2] Plaintiff a/k/a Erika Lawrence Drake.

[3] Plaintiff a/k/a Jessica Feuer.

*Kristin Mannina v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:09-cv-10147-DRH-PMF

*Leah Manthey v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:11-cv-10190-DRH-PMF

*Lisa Mulks v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-13341-DRH-PMF

*Patricia Naughton v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:09-cv-10020-DRH-PMF

*Brandi Palm v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-10019-DRH-PMF

*Kristina Pandzik v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-10125-DRH-PMF

*George H. Precht, Jr.  v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:12-cv-10174-DRH-PMF

*Rhea Presiado v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-12845-DRH-PMF

*Jill Rosenfeld v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-12848-DRH-PMF

*Amy Sampson v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:09-cv-10068-DRH-PMF

*Sharlyn Scarborough v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-11644-DRH-PMF

*Jacqueline Slade v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:09-cv-10162-DRH-PMF

*Kim Turk v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-10009-DRH-PMF

*Betty Vandivier v. Bayer HealthCare*
   *Pharmaceuticals Inc., et al.*     No. 3:10-cv-13342-DRH-PMF

*Rebecca Weaver v. Bayer HealthCare*

| | |
|---|---|
| *Pharmaceuticals Inc., et al.*[4] | No. 3:09-cv-10116-DRH-PMF |
| *Tiffney White v. Bayer HealthCare* | |
| *Pharmaceuticals Inc., et al.* | No. 3:10-cv-11199-DRH-PMF |
| | |
| *Nikkita Williams v. Bayer HealthCare* | |
| *Pharmaceuticals Inc., et al.* | No. 3:10-cv-11071-DRH-PMF |
| | |
| *Jessica Zupko v. Bayer HealthCare* | |
| *Pharmaceuticals Inc., et al.* | No. 3:09-cv-10032-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulations of dismissal filed in this Court on August 14, 2012, the above cases are **DISMISSED** in their entirety with prejudice. Each party to bear their own attorneys' fees and costs.

                                                    **NANCY J. ROSENSTENGEL,**
                                                    **CLERK OF COURT**

                                                  **BY:** /s/*Sandy Pannier*
                                                               Deputy Clerk

DATED: August 17, 2012

                          Digitally signed by
                          David R. Herndon
                          Date: 2012.08.17
APPROVED:              16:05:55 -05'00'
                CHIEF JUDGE
                U. S. DISTRICT COURT

---

[4] Plaintiff a/k/a Rebecca Wever.